An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID M. KORREY; AND PAUL E. WOMMER,
Appellants,
vs.
DAVID CARRASQUILLO,
Respondent.

No. 64964

**FILED**

APR 11 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellants' motion to voluntarily dismiss this appeal is granted, and we thus dismiss this appeal. The parties are to bear their own costs and fees. NRAP 42(b).

It is so ORDERED.

_____Pickering_____, A.C.J.

cc: Hon. Jessie Elizabeth Walsh, District Judge
David M. Korrey
Eisenberg Gilchrist & Cutt
1Law
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-11758